# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:    ESMERALDA Y. PETERSEN    )    CASE NO. 21-21294-rdb13

                            Debtor    )

## MOTION TO MODIFY (ABATE AND INCREASE) CHAPTER 13 PLAN PAYMENTS, AND APPLICATION FOR ATTORNEY COMPENSATION

**COMES NOW** Debtor, Esmeralda Petersen, by and through Counsel, and for this Motion to Modify (Abate and Increase) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation, shows the Court as follows:

1) On November 10, 2021, Debtor filed a Petition and Plan for Chapter 13 relief.

2) On January 20, 2022, Debtor's Plan was confirmed as a Below-Median Case with an applicable commitment period of 3 years.

3) Debtor has sent her 2021 taxes to the Trustee which disclose more income than initially proposed which will result in this Case being changed to an Above-Median filing requiring a 5-year Applicable Commitment Period and a dividend to unsecured non-priority Claims.

4) In light of the above, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all defaulted Plan payments **through April 2022, with increased monthly payments of $2,300.00 to resume in May 2022.**

5) Debtor's Counsel requests **post-confirmation compensation totaling $350.00** for the filing of this Motion which is to be paid through the Plan.

**WHEREFORE**, Debtor, for the foregoing reasons, requests the Court enter an order that:

a. directs the Chapter 13 Trustee to abate all defaulted Plan payments **through April 2022, with increased monthly payments of $2,300.00 to resume in May 2022;**

b. awards **Debtor's Counsel $350.00 in post-Confirmation compensation** which is to be paid through the Plan; and

c. for such further relief as the Court deems equitable and proper.

Dated: May 16, 2022              Respectfully submitted,
                                  WM Law

                                  s/ Jeffrey L. Wagoner
                                  Jeffrey L. Wagoner, MO #44365; KS #17489
                                  15095 W. 116th St.
                                  Olathe, KS 66062
                                  Phone (913) 422-0909 / Fax (913) 428-8549
                                  bankruptcy@wagonergroup.com
                                  ATTORNEY FOR DEBTOR(S)

1

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **6/6/2022** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **6/21/2022 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Jeffrey L. Wagoner